UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>DAVI LLC, a California limited liability company dba Holiday Inn Express & Suites Davis,<br><br>Defendant. | No. 2:21-cv-0096 KJM DB<br><br>**ORDER** |

      On February 22, 2021, plaintiff filed a motion for default judgment and noticed the motion for hearing before the undersigned on March 26, 2021, pursuant to Local Rule 302(c)(19). (ECF No. 7.)  Plaintiff, however, did not file proof of service of notice of the motion on the defendant.  Accordingly, on March 22, 2021, the undersigned issued an order noting that, while service of a motion for default judgement on a defaulting party is not required, it is the undersigned's practice.  (ECF No. 8.)  The hearing of plaintiff's motion was continued to May 7, 2021, and plaintiff was ordered to serve notice of the motion on the defendant.

      On March 28, 2021, plaintiff filed a motion seeking to "be excused from serving the Motion for Default Judgment papers," on the defendant because plaintiff's counsel emailed notice to "'Roberto' who according to Defendant hotel, is the assistant owner of the hote[.]"  (ECF No. 9

1

at 1; ECF No. 9-1 at 2.) On March 30, 2021, the undersigned issued an order denying the request to be excused. (ECF No. 10.) On April 4, 2021, plaintiff filed proof of service. (ECF No. 11.) On April 15, 2021, attorney Matthew William Arnold filed a notice of appearance on behalf of the defendant. (ECF No. 12.)

In light of defense counsel's recent appearance, and the lack of any additional filings, the undersigned will continue the hearing of plaintiff's motion for default judgement.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 7, 2021 hearing of plaintiff's motion for default judgment (ECF No. 7) is continued to **May 28, 2021**;

2. On or before **May 14, 2021**, defendant shall file a statement of opposition or non-opposition to the motion for default judgment; and

3. On or before **May 7, 2021**, plaintiff shall file a reply.

DATED: May 3, 2021            /s/ DEBORAH BARNES
                              UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/brooke0096.cont.hrg.ord